*# 22062 918*

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Sutinen, Rafael A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Sutinen, Brenda J. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): *25/ 31*<br>None     *03-25/28* |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 6694 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0012 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>8 Michaels Way<br>Painted Post, N.Y. 14870 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>8 Michaels Way<br>Painted Post, N.Y. 14870 |
| County of Residence or of the<br>Principal Place of Business:    Steuben | County of Residence or of the<br>Principal Place of Business:    Steuben |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:   Mark A. Weiermiller,<br>Ziff, Weiermiller, Hayden & Mustico, LLP<br>303 William St.<br>Elmira, N.Y. 14901-1338   ph: (607) 733-8866 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)    ☐ Railroad | | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation    ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership    ☐ Commodity Broker | | ☐ |
| ☐ Other _____    ☐ Clearing Bank | | |

**Nature of Debts** (Check one box)
☑ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3 7.0-596 - 30393

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Rafael A. Sutinen & Brenda J. Sutinen |
|---|---|

| Location Where Filed: | **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|---|
| | NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Rafael A. Sutinen_
Signature of Debtor

X _Brenda J. Sutinen_
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

December 22, 2003
Date

### Signature of Attorney

X _Mark A. Weiermiller_
Signature of Attorney for Debtor(s)

MARK A. WEIERMILLER
Printed Name of Attorney for Debtor(s)

Ziff, Weiermiller, Hayden & Mustico, LLP
Firm Name

303 William St.
Address

Elmira, N.Y. 14901-1338

(607) 733-8866
Telephone Number

December 22, 2003
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Mark A. Weiermiller_          December 22, 2003
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver 3.7.0-596 - 30393

# United States Bankruptcy Court
## Western District of New York

Rafael A. Sutinen & Brenda J. Sutinen

In re _____     Case No. _____

Debtor                                                         (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 160,000.00 | | |
| B - Personal Property | YES | 4 | $ 66,539.39 | | |
| C - Property Claimed As Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 232,539.63 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $ 91,566.54 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,337.56 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,720.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 19 | | | |
| Total Assets ▶ | | | 226,539.39 | | |
| Total Liabilities ▶ | | | | 324,106.17 | |

In re Rafael A. Sutinen & Brenda J. Sutinen

Debtor

Case No. _____
(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House and lot<br><br>8 Michaels Way<br>Painted Post, N.Y. 14870 | Tenancy by the Entirety | J | 160,000.00 | 189,151.57 |
| | | Total ▶ | 160,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

FORM B6B
(10/89)     Rafael A. Sutinen & Brenda J. Sutinen

In re _____     Case No. _____
                    Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br><br>Corning Credit Union<br>Corning, NY | J | 400.00 |
| | | Savings account<br><br>Corning Credit Union<br>Corning, NY | J | 5.00 |
| | | Savings account<br><br>Redstone FCU<br>Huntsville, AL | J | 12.64 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings<br><br>8 Michaels Way<br>Painted Post, NY | J | 6,000.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

Rafael A. Sutinen & Brenda J. Sutinen

In re _____     Case No. _____
                        Debtor                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. books and pictures<br><br>8 Michaels Way<br>Painted Post, NY | J | 100.00 |
| 6. Wearing apparel. | | Wearing apparel<br><br>8 Michaels Way<br>Painted Post, NY | J | 500.00 |
| 7. Furs and jewelry. | | Misc. costume jewelry<br><br>8 Michaels Way<br>Painted Post, NY | W | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Corning Inc. Pension Plan<br><br>Corning Inc.<br>Corning, NY | H | 10,709.68 |
| | | Corning Inc. Investment Plan<br><br>Corning Inc.<br>Corning, Inc. | H | 14,562.07 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3 7.0-596 - 30393

Rafael A. Sutinen & Brenda J. Sutinen

In re _____     Case No. _____
                        Debtor                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Estimated 2003 income tax refunds | J | 3,500.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford Windstar<br><br>8 Michaels Way<br>Painted Post, NY<br><br>2000 Ford Focus | J<br><br><br><br><br>J | 14,625.00<br><br><br><br><br>6,725.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 – 30393

Rafael A. Sutinen & Brenda J. Sutinen

In re _____     Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 8 Michaels Way Painted Post, NY | | |
| | | 2001 Toyota Celica | J | 9,000.00 |
| | | 8 Michaels Way Painted Post, NY | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Dog and cat 8 Michaels Way Painted Post, NY | J | 100.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

0
_____ continuation sheets attached　　　　　　　Total ▶　$　　66,539.39

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

Rafael A. Sutinen & Brenda J. Sutinen

In re _____    Case No _____
            Debtor                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)  Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Household furnishings | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 3,000.00 | 6,000.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 3,000.00 |  |
| Wearing apparel | (Husb)NY Civ Prac Law & Rules § 5205(a)(5) | 250.00 | 500.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(5) | 250.00 |  |
| Misc. books and pictures | (Husb)NY Civ Prac Law & Rules § 5205(a)(2) | 50.00 | 100.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(2) | 50.00 |  |
| Checking account | (Husb)NY Debt & Cred Law § 283 | 200.00 | 400.00 |
|  | (Wife)NY Debt & Cred Law § 283 | 200.00 |  |
| Savings account | (Husb)NY Debt & Cred Law § 283 | 2.50 | 5.00 |
|  | (Wife)NY Debt & Cred Law § 283 | 2.50 |  |
| Savings account | (Husb)NY Debt & Cred Law § 283 | 6.32 | 12.64 |
|  | (Wife)NY Debt & Cred Law § 283 | 6.32 |  |
| Corning Inc. Pension Plan | (Husb)NY Debt & Cred Law § 282(iii)(2)(e) | 10,709.68 | 10,709.68 |
| Corning Inc. Investment Plan | (Husb)NY Debt & Cred Law § 282(iii)(2)(e) | 14,562.07 | 14,562.07 |
| Dog and cat | (Husb)NY Civ Prac Law & Rules § 5205(a)(4) | 50.00 | 100.00 |
|  | (Wife)NY Civ Prac Law & Rules § 5205(a)(4) | 50.00 |  |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-596 - 30393

FORM B6C
(6/90)

Rafael A. Sutinen & Brenda J. Sutinen

In re _____     Case No_____
                        Debtor                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Estimated 2003 income tax refunds | (Husb)NY Debt & Cred Law § 283 | 1,750.00 | 3,500.00 |
| | (Wife)NY Debt & Cred Law § 283 | 1,750.00 | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

Form B6D
(12/03)

In re  Rafael A. Sutinen & Brenda J. Sutinen                    ,        Case No. _____

   **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 11-015682-8<br><br>Elmira Savings & Loan, FA<br>300 W. Water St.<br>Elmira, NY 14901 | | J | Incurred: 8/11/00<br>Lien: First Mortgage<br>Security: 8 Michael Way, Painted Post, NY<br><br>VALUE $ 160,000.00 | | | | 184,603.74 | 24,603.74 |
| ACCOUNT NO. 63-060784-6<br><br>Elmira Savings & Loan, FA<br>300 W. Water St.<br>Elmira, NY 14901 | | J | Incurred: 8/11/00<br>Lien: Second Mortgage<br>Security: 8 Michael Way, Painted Post, NY<br><br>VALUE $ 160,000.00 | | | | 4,294.20 | 0.00 |
| ACCOUNT NO. 23716274<br><br>Ford Motor Credit Company<br>P.O. Box 31111<br>Tampa, FL 33631 | | J | Incurred: 5/24/00<br>Lien: PMSI<br>Security: 2000 Ford Windstar<br><br>VALUE $ 14,625.00 | | | | 16,311.12 | 1,686.12 |
| ACCOUNT NO. 23104034<br><br>Ford Motor Credit Company<br>P.O. Box 31111<br>Tampa, FL 33631 | | J | Incurred: 4/00<br>Lien: PMSI<br>Security: 2000 Ford Focus<br><br>VALUE $ 6,725.00 | | | | 9,729.78 | 3,004.78 |

   1   continuation sheets attached

Subtotal ➤
(Total of this page)  $ 214,938.84

Total ➤
(Use only on last page)  $

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ,ver 3.7.0-596 - 30393

In re **Rafael A. Sutinen & Brenda J. Sutinen** ,  Case No. _____
Debtor                                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7600 <br><br> Primus Financial Services <br> P.O. Box 55000 <br> Detroit, MI 48255 | | W | Incurred: 2001 <br> Lien: PMSI <br> Security: 2001 Toyota Celica <br><br> VALUE $ 9,000.00 | | | | 17,600.79 | 8,600.79 |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal ➤ $ 17,600.79
(Total of this page)

Total ➤ $ 232,539.63
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3 7.0-596 - 30393

Form B6E
(12/03)

In re Rafael A. Sutinen & Brenda J. Sutinen                                    ,          Case No._____
                          Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_ continuation sheets attached

In re __Rafael A. Sutinen & Brenda J. Sutinen__ ,      Case No. _____

Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 210009 <br><br> American Express <br> P.O. Box 360002 <br> Ft. Lauderdale, FL 33336-0002 | | W | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 4,336.99 |
| ACCOUNT NO. 13000 <br><br> American Express <br> P.O. Box 360002 <br> Ft. Lauderdale, FL 33336-0002 | | W | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 4,485.60 |
| ACCOUNT NO. 6528 <br><br> AT&T Universal Card <br> P.O. Box 8215 <br> S. Hackensack, NJ 07606-8215 | | H | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 16,901.32 |
| ACCOUNT NO. 6691 <br><br> Bank of America <br> P.O. Box 30770 <br> Tampa, FL 33630 | | H | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 6,797.91 |

__4__ continuation sheets attached

Subtotal ➤ (Total of this page)    $    32,521.82

Total ➤ (Use only on last page)    $

(Report total also on Summary of Schedules)

Rafael A. Sutinen & Brenda J. Sutinen

In re _____,  Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0841 <br><br> BP Oil <br> P.O. Box 9075 <br> Des Moines, IA 50368-9075 | | H | Incurred: 1998-2003 <br> Consideration: Revolving charge account | | | | 901.87 |
| ACCOUNT NO. 8265 <br><br> Capital One <br> P.O. Box 85617 <br> Richmond, VA 23276-0001 | | H | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 3,770.85 |
| ACCOUNT NO. 1384 <br><br> Capital One <br> P.O. Box 85617 <br> Richmond, VA 23276-0001 | | H | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 3,176.75 |
| ACCOUNT NO. 9284 <br><br> Capital One <br> P.O. Box 85617 <br> Richmond, VA 23276-0001 | | H | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 2,255.54 |
| ACCOUNT NO. 0042 <br><br> Chase Manhattan Bank USA, NA <br> P.O. Box 15583 <br> Wilmington, DE 19886-1194 | | H | Incurred: 1999-2003 <br> Consideration: Credit card debt | | | | 8,954.50 |

Sheet no. 1 of 4 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ (Total of this page)  $ 19,059.51

Total➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

Rafael A. Sutinen & Brenda J. Sutinen

**In re** _____, **Case No.** _____
                        **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5920<br><br>Citi Cards<br>P.O. Box 8117<br>S. Hackensack, NJ 07606 | | H | Incurred: 1998-2003<br>Consideration: Credit card debt | | | | 15,636.94 |
| ACCOUNT NO. 2112<br><br>Dell Financial Services<br>P.O. Box 4125<br>Carol Stream, IL 60197 | | H | Incurred: 1999-2003<br>Consideration: Revolving charge account | | | | 1,413.92 |
| ACCOUNT NO. 6001<br><br>Dell Financial Services<br>P.O. Box 4125<br>Carol Stream, IL 60197 | | H | Incurred: 2002-2003<br>Consideration: Revolving charge account | | | | 672.31 |
| ACCOUNT NO. 4479<br><br>Dillard National Bank<br>P.O. Box 29447<br>Phoenix, AZ 85038 | | J | Incurred: 1997-2002<br>Consideration: Revolving charge account | | | | 1,835.05 |
| ACCOUNT NO. 0009<br><br>Diners Club<br>P.O. Box 6003<br>The Lakes, NV 88901 | | H | Incurred: 1999-2003<br>Consideration: Credit card debt | | | | 675.79 |

Sheet no. 2 of 4 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $    20,234.01

Total ➤ (Use only on last page of the completed Schedule F.)    $

(Report total also on Summary of Schedules)

Rafael A. Sutinen & Brenda J. Sutinen

In re _____,     Case No. _____
            **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8740<br><br>Discover Card<br>P.O. Box 15251<br>Wilmington, DE 19886 | | W | Incurred: 1999-2003<br>Consideration: Credit card debt | | | | 6,021.45 |
| ACCOUNT NO. 0180<br><br>Goodys<br>P.O. Box 659704<br>San Antonio, TX 78265-9704 | | W | Incurred: 1999-2003<br>Consideration: Revolving charge account | | | | 657.78 |
| ACCOUNT NO. 0862<br><br>Lowe's<br>P.O. Box 105981<br>Atlanta, GA 30353-5981 | | H | Incurred: 1981-2003<br>Consideration: Revolving charge account | | | | 5,192.20 |
| ACCOUNT NO. 1169<br><br>Providian<br>P.O. Box 9539<br>Manchester, NH 03108 | | H | Incurred: 1999-2003<br>Consideration: Credit card debt | | | | 2,224.02 |
| ACCOUNT NO.<br><br>RMA<br>P.O. Box 926<br>Baltimore, MD 21203 | | H | Consideration: coll. agent-Capital One | | | | Notice Only |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 14,095.45
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Rafael A. Sutinen & Brenda J. Sutinen

In re _____,     Case No. _____

               **Debtor**                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6837<br><br>Sears Card<br>45 Congress St.<br>Salem, MA 01970 | | H | Incurred: 1998-2003<br>Consideration: Revolving charge account | | | | 4,724.46 |
| ACCOUNT NO. 380<br><br>Shell Mastercard<br>P.O. Box 15583<br>Wilmington, DE 19886-1194 | | H | Incurred: 1999-2003<br>Consideration: Revolving charge account | | | | 384.47 |
| ACCOUNT NO.<br><br>Via Health<br>P.O. Box 10758<br>Rochester, N.Y. 14610 | | H | Incurred: 2003<br>Consideration: Medical Services | | | | 193.14 |
| ACCOUNT NO.<br><br>Westfall Surgery Center<br>1065 Senator Keating Blvd.<br>Rochester, N.Y. 14618 | | H | Incurred: 2003<br>Consideration: Medical Services | | | | 353.68 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)    $    5,655.75

Total ➤ (Use only on last page of the completed Schedule F.)    $    91,566.54

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

FORM B6G
(10/89)

Rafael A. Sutinen & Brenda J. Sutinen

In re _____       Case No. _____
                          Debtor                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3 7 0-596 - 30393

FORM B6H
(6/90)

In re ___Rafael A. Sutinen & Brenda J. Sutinen_____     Case No._____
                              Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3 7 0-596 - 30393

Rafael A. Sutinen & Brenda J. Sutinen

In re_____ ,          Case No._____
                    Debtor                                                  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP daughter | AGE 20 |

| Employment: Occupation | DEBTOR computer architect | SPOUSE housewife |
|---|---|---|
| Name of Employer | Corning Inc. | |
| How long employed | 3 yrs. | |
| Address of Employer | Corning, NY | |
| | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 7,000.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 7,000.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,729.37 | $ 0.00 |
| b. Insurance | $ 114.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: (D)401k loan                    ) | $ 75.07 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,918.44 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 5,081.56 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ (S)unemployment | $ 0.00 | $ 1,256.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 5,081.56 | $ 1,256.00 |

TOTAL COMBINED MONTHLY INCOME          $ 6,337.56          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Rafael A. Sutinen & Brenda J. Sutinen

In re _____ ,    Case No. _____
                Debtor                                                       (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,815.00 |
| Are real estate taxes included?    Yes __✓__   No _____ | | |
| Is property insurance included?    Yes _____   No __✓__ | | |
| Utilities   Electricity and heating fuel | $ | 270.00 |
|          Water and sewer | $ | 25.00 |
|          Telephone | $ | 173.00 |
|          Other __cable__ | $ | 116.00 |
| Home maintenance (Repairs and upkeep) | $ | 200.00 |
| Food | $ | 650.00 |
| Clothing | $ | 150.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 300.00 |
| Transportation (not including car payments) | $ | 280.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| Charitable contributions | $ | 600.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|          Homeowner's or renter's | $ | 64.00 |
|          Life | $ | 26.00 |
|          Health | $ | 0.00 |
|          Auto | $ | 350.00 |
|          Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|          Auto | $ | 632.00 |
|          Other __Ford Focus__ | $ | 381.00 |
|          Other __Toyota Cellica__ | $ | 413.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other __pet expenses/emergency__ | $ | 75.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **6,720.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | N.A. |
| B. Total projected monthly expenses | $ | N.A. |
| C. Excess income (A minus B) | $ | N.A. |
| D. Total amount to be paid into plan each _____ N.A. _____ | $ | N.A. |
|                           (interval) | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

In re  Rafael A. Sutinen & Brenda J. Sutinen

_____,     Case No. _____
Debtor                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____20_____

sheets and that they are true and correct to the best of my knowledge, information and belief.      (Total shown on summary page plus 1)

Date _December 22, 2003_____     Signature _X_ _____
                                                                                    Debtor

Date _December 22, 2003_____     Signature _X_ _____
                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF NEW YORK

In Re __Rafael A. Sutinen & Brenda J. Sutinen__  Case No. _____
(Name)  (if known)

Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

1. **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE (if more than one)

2003(H)  83,552  Corning Inc.

| AMOUNT | | | SOURCE (if more than one) |
|---|---|---|---|
| 2002(H) | 91,295 | Corning Inc. | |
| 2001(H) | 85,374 | Corning Inc. | |

| AMOUNT | | | SOURCE (if more than one) |
|---|---|---|---|
| 2003(W) | 22,626 | Hunt Engineers | |
| 2002(W) | 33,514 | Hunt Engineers | |
| 2001(W) | 33,271 | Hunt Engineers | |

**2. Income other than from employment or operation of business**

None ☒ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3. Payments to Creditors**

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| American Express<br>P.O. Box 360002<br>Ft. Lauderdale, FL 33336-0002 | 10/03 | 3000.00 | 4336.00 |
| Elmira Savings & Loan, FA<br>300 W. Water St.<br>Elmira, NY 14901 | 10/03-11/03 (mortgage) | 3630.00 | 184,603.74 |
| Ford Motor Credit Company<br>P.O. Box 31111<br>Tampa, FL 33631 | 10/03-11/03 (auto) | 1264.00 | 16,311.12 |
| Ford Motor Credit Company<br>P.O. Box 31111<br>Tampa, FL 33631 | 10/03-11/03 (auto) | 762.00 | 9729.78 |
| Primus Financial Services<br>P.O. Box 55000<br>Detroit, MI 48255 | 10/03-11/03 (auto) | 826.00 | 17,600.69 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-596 - 30393

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3 7.0-596 - 30393

None b. List all payments made within one year immediately preceding the commencement of this case to or for the
⊠ benefit o f c reditors, who a re o r w ere i nsiders. (Married d ebtors f iling u nder c hapter 12 o r c hapter 1 3 m ust include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None a. List all suits and administrative proceedings to which the debtor is or was a party within one year
⊠ immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process
⊠ within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
⊠ lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

**6. Assignments and Receiverships**

None a. Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒ one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒ case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒ commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Mark A. Weiermiller Ziff, Weiermiller, Hayden & Mustico, LLP 303 William St. Elmira, N.Y. 14901-1338 | 11/24/03 | 950.00 |
| Mark A. Weiermiller Ziff, Weiermiller, Hayden & Mustico, LLP 303 William St. Elmira, N.Y. 14901-1338 | 12/22/03 | 209.00-filing fee |

**10. Other transfers**

None
☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒ If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ☒

a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

☒

NAME                                                                                      ADDRESS

# [Questions 19 - 25 are not applicable to this case]

\*     \*     \*     \*     \*     \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  December 22, 2003                    Signature
                                           of Debtor       RAFAEL A. SUTINEN

Date  December 22, 2003                    Signature
                                           of Joint Debtor   BRENDA J. SUTINEN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.
                                                                 (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

0   continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-596 - 30393

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

## UNITED STATES BANKRUPTCY COURT
### Western District of New York

In re    Rafael A. Sutinen & Brenda J. Sutinen      ,      Case No. _____

               Debtor           Chapter      Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. We intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

**Description of Property**             **Creditor's name**

NONE

     *b. Property to Be Retained.*             *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Property will be retained, original debt will be kept current |
|---|---|---|---|---|---|
| House and lot | Elmira Savings & Loan | | | | ✓ |
| House and lot | Elmira Savings & Loan | | | | ✓ |
| 2000 Ford Windstar | Ford Motor Credit | | | | ✓ |
| 2000 Ford Focus | Ford Motor Credit | | | | ✓ |
| 2001 Toyota Celica | Primus | | | | ✓ |

Date:    December 22, 2003      X _[signature]_

                                 Signature of Debtor      RAFAEL A. SUTINEN

Date:    December 22, 2003      X _[signature]_

                                 Signature of Joint Debtor    BRENDA J. SUTINEN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

     I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____      _____

Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
                                                            (Required by 11 U.S.C. § 110(c).)

_____

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____      _____

Signature of Bankruptcy Petition Preparer                      Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-596 - 30393

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re    **Rafael A. Sutinen**

        **Brenda J. Sutinen**           Case No._____

               Debtors

                                     Chapter **7**

## DISCLOSURE OF COMPENSATION – RULE 2016(b)

**MARK A. WEIERMILLER of ZIFF, WEIERMILLER, HAYDEN & MUSTICO, LLP**
pursuant to Bankruptcy Rule 2016(b) and 11 U.S.C. §329(a), states as follows:

(1)     The undersigned is the attorney for the debtor(s) in this case.
(2)     The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
       (a)     for legal services rendered or to be rendered in contemplation of and in connection with this case – **$950.00**
       (b)     prior to filing this statement, debtor(s) have paid – **$950.00**
       (c)     the unpaid balance due and payable is – **$0.00**
(3)     **$209.00** of the filing fee in this case has been paid.
(4)     The services rendered or to be rendered include the following:
       (a)     analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
       (b)     preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
       (c)     representation of the debtor(s) at the meeting of creditors.
(5)     The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed.
(6)     The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed.
(7)     The undersigned has received no transfer, assignment or pledge of property.
(8)     The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid.

DATED: ____Dec. 22_____, 2003

                             _Mark A. Weiermiller_

                             MARK A. WEIERMILLER, a member
                             of ZIFF, WEIERMILLER, HAYDEN &
                                  MUSTICO, LLP
                             Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain acts of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

X _____

December 22, 2003     X _____

| Date | Signature of Debtors | Case Number |

WHITE-DEBTOR COPY     PINK-COURT COPY

Chase Manhattan Bank USA, NA
P.O. Box 15583
Wilmington, DE 19886-1194


Citi Cards
P.O. Box 8117
S. Hackensack, NJ 07606


Dell Financial Services
P.O. Box 4125
Carol Stream, IL 60197


Dell Financial Services
P.O. Box 4125
Carol Stream, IL 60197


Dillard National Bank
P.O. Box 29447
Phoenix, AZ 85038


Diners Club
P.O. Box 6003
The Lakes, NV 88901


Discover Card
P.O. Box 15251
Wilmington, DE 19886


Elmira Savings & Loan, FA
300 W. Water St.
Elmira, NY 14901


Elmira Savings & Loan, FA
300 W. Water St.
Elmira, NY 14901

Office of the United States Trustee
100 State St., Room 6090
Rochester, NY 14614


American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


American Express
P.O. Box 360002
Ft. Lauderdale, FL 33336-0002


AT&T Universal Card
P.O. Box 8215
S. Hackensack, NJ 07606-8215


Bank of America
P.O. Box 30770
Tampa, FL 33630


BP Oil
P.O. Box 9075
Des Moines, IA 50368-9075


Capital One
P.O. Box 85617
Richmond, VA 23276-0001


Capital One
P.O. Box 85617
Richmond, VA 23276-0001


Capital One
P.O. Box 85617
Richmond, VA 23276-0001

Ford Motor Credit Company
P.O. Box 31111
Tampa, FL 33631


Ford Motor Credit Company
P.O. Box 31111
Tampa, FL 33631


Goodys
P.O. Box 659704
San Antonio, TX 78265-9704


Lowe's
P.O. Box 105981
Atlanta, GA 30353-5981


Primus


Primus Financial Services
P.O. Box 55000
Detroit, MI 48255


Providian
P.O. Box 9539
Manchester, NH 03108


RMA
P.O. Box 926
Baltimore, MD 21203


Sears Card
45 Congress St.
Salem, MA 01970


Shell Mastercard
P.O. Box 15583
Wilmington, DE 19886-1194

Via Health
P.O. Box 10758
Rochester, N.Y. 14610

Westfall Surgery Center
1065 Senator Keating Blvd.
Rochester, N.Y. 14618